## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01195-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KARL A. ROBINSON,

    Petitioner,

v.

THE UNITED STATES OF AMERICA,

    Respondent.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

Petitioner, a federal prisoner in Colorado, has submitted a "Petition for Relief Pursuant to the Federal Tort Claims Act" (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the document is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   xx   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form (must use the court's current form)
(9)   ___   names in caption do not match names in caption of complaint, petition or

|      |     |                                                                                    |
|------|-----|------------------------------------------------------------------------------------|
|      |     | habeas application                                                                 |
| (10) | xx  | other: <u>motion is necessary only if $400.00 filing fee is not paid in advance</u>. |

**Complaint, Petition or Application**:
(11)   xx     is not submitted
(12)   __     is not on proper form
(13)   __     is missing an original signature by the prisoner
(14)   __     is missing page nos. __
(15)   __     uses et al. instead of listing all parties in caption
(16)   __     names in caption do not match names in text
(17)   __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __     other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Petitioner files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 7, 2013, at Denver, Colorado.

                                                                BY THE COURT:

                                                  s/ Boyd N. Boland
                                                 United States Magistrate Judge